UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA VASAENWALA DO INC., <br><br> Plaintiff, <br><br> v. <br><br> REFINE PLASTIC SURGERY AESTHETICS, PLLC, <br><br> Defendant. | Case No.  23-cv-00927-SK <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Regarding Docket No. 14 |

Counsel for plaintiff filed a notice that the parties reached an agreement to resolve this action and anticipate filing a dismissal within sixty days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: August 4, 2023

_____
SALLIE KIM
United States Magistrate Judge